**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6622**

_____

ANTHONY LEE MCNAIR,

          Plaintiff - Appellant,

     v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; RICHMOND CORRECTIONAL CENTER; CENTRAL PRISON; HYDE CORRECTIONAL INSTITUTION,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-ct-03227-FL)

_____

Submitted:  August 24, 2023                    Decided:  August 29, 2023

_____

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Lee McNair, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lee McNair appeals the district court's order dismissing his 42 U.S.C. § 1983 civil action under 28 U.S.C. § 1915(e)(2)(B)(ii) and denying as moot his motion for early release.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *McNair v. N.C. Dep't of Pub. Safety*, No. 5:22-ct-03227-FL (E.D.N.C. June 15, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2